PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIGORIOS THEODOSOPOULOS, ET AL. | CASE NO. 2:21-CV-1573 TLN |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The United States respectfully requests a 90-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is January 31, 2022. The parties further request that all other filing deadlines be similarly extended.

                                              Respectfully submitted,

Dated: November 1, 2021          PHILLIP A. TALBERT
                                              Acting United States Attorney

                                   By: /s/ AUDREY B. HEMESATH
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney

                                            /s/ CARL HAMPE
                                            CARL HAMPE
                                            Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: November 1, 2021

                                            Troy L. Nunley
                                            United States District Judge