1   PHILLIP A. TALBERT
    United States Attorney
2   ELLIOT WONG
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  GRIGORIOS THEODOSOPOULOS, ET AL.,          CASE NO.  2:21-CV-01573-TLN-JDP

12                          Plaintiffs,        STIPULATION AND ORDER FOR SECOND
                                               EXTENSION OF TIME
13                  v.

14  UNITED STATES CITIZENSHIP AND
    IMMIGRATION SERVICES, ET AL.,
15
                            Defendants.
16

17        The United States respectfully requests an additional 30-day extension of time in which to

18  respond to the Complaint, and counsel for plaintiffs does not oppose.  The parties therefore stipulate that

19  the new date for the defendants to file an answer or other dispositive pleading is March 2, 2022.  The

20  parties further request that all other filing deadlines be similarly extended.

21

22

23

24

25

26

27

28
                                               1

1

2   Dated:  January 24, 2022

3

4

5

6

7

8

9

10

11

12

13   DATED: January 27, 2022

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney


By:   /s/ ELLIOT C. WONG
      ELLIOT C. WONG
      Assistant United States Attorney


/s/ PAUL REYNAGA
PAUL REYNAGA
Counsel for Plaintiffs


ORDER

**IT IS SO ORDERED.**

Troy L. Nunley
United States District Judge

2